UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KIMBERLY WOHLTMAN,

Plaintiff,

v.                                                      Case No. 06-cv-4040-JPG

AMERI-CK, INC.,

Defendant.

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of

dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**NORBERT JAWORSKI**

**Dated:  May 24, 2007**                    **by:s/Deborah Agans, Deputy Clerk**

**Approved:**      s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**